[NOT YET SCHEDULED FOR ORAL ARGUMENT]

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

STATE OF NEW YORK, *et al.*,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants-Appellants.

No. 20-5352

**UNOPPOSED MOTION TO**
**VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), Defendants-Appellants Donald J. Trump, Louis DeJoy, and the United States Postal Service hereby move to dismiss this appeal, with each side to bear its own costs. Counsel for Plaintiffs-Appellees the State of New York, et al., have authorized us to state that they consent to this motion.

Respectfully submitted,

MARK B. STERN
ADAM C. JED
/s/ *McKaye L. Neumeister*
MCKAYE L. NEUMEISTER
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Room 7231
Washington, D.C. 20530
(202) 514-8100

JANUARY 2021

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font. I further certify that it complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 63 words according to the count of Microsoft Word.

*/s/ McKaye L. Neumeister*
McKaye L. Neumeister
Counsel for Defendants-Appellants

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2021, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL.

*/s/ McKaye L. Neumeister*
McKaye L. Neumeister
Counsel for Defendants-Appellants